# EXHIBIT P

# Preliminary Infringement Contentions for U.S.P.N. D924,890
*Johnson Controls Technology Company v. KMC Controls, Inc.*

The following chart provides preliminary evidence of Defendant's infringement of U.S. Patent No. D924,890 titled Display Having a Graphical User Interface. Plaintiff reserves the right to supplement these contentions as information is learned through the course of discovery.

Examples of KMC's infringement of the claims are set forth in the chart below. Additionally, while this chart makes specific reference to KMC's Commander products, Plaintiff believes that the infringing features and functionality outlined herein are representative of a number of KMC's other products. Furthermore, discovery may reveal additional KMC products that infringe claims of U.S. Patent No. D924,890 and, accordingly, Plaintiff expressly reserves the right to provide additional infringement contentions for other products or based on discovery in this matter.

These contentions are preliminary in nature and Plaintiff expressly reserves the right to amend, supplement, and/or otherwise modify the analysis and evidence contained herein as information is learned throughout discovery.

Preliminary Infringement Contentions for U.S.P.N. D924,890
*Johnson Controls Technology Company v. KMC Controls, Inc.*

| U.S.P.N. D924,890 ("THE '890 PATENT") | KMC COMMANDER SYSTEM |
|---|---|
| 1. We claim the ornamental design for a display screen with a graphical user interface, as shown and described. | The KMC Commander includes a display having a graphical user interface.<br><br>**KMC Commander BX:** Your IoT platform gateway<br>Built on Dell, the KMC Commander BX is the connection between your IoT network and the cloud. It's constructed to withstand harsh environments and connects directly to a number of port types, adapting to your architecture.<br><br>Features and options:<br>• Intel® Atom processor<br>• Ethernet and USB ports<br>• Wi-Fi (WAP or Client)<br>• Cellular capability<br>• DIN rail or panel mountable |

- 2 -

Preliminary Infringement Contentions for U.S.P.N. D924,890
*Johnson Controls Technology Company v. KMC Controls, Inc.*



| U.S.P.N. D924,890 ("THE '890 PATENT") | KMC COMMANDER SYSTEM |
|---|---|